**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

HAKIM ABDULLAH,

          Plaintiff,

vs.                                         Case No. 3:04-cv-667-J-99TEM

CITY OF JACKSONVILLE, et al.,

          Defendants.

_____

**ORDER**

On August 6, 2004, plaintiff Hakim Abdullah filed suit against the City of Jacksonville for actions of the Jacksonville Sheriff's Office, and Jacksonville Sheriff's Officer C. Rogers for allegedly violating Abdullah's constitutional rights in arresting and subsequently jailing Abdullah on September 23, 2003 on charges that he committed a second degree misdemeanor when Abdullah willfully refused to sign and accept a citation for City code violations. See Complaint, Doc. 1. On December 1, 2004, the City and Officer Rogers answered Abdullah's complaint and filed defenses and the City filed a counterclaim seeking recovery from Abdullah of Florida statutory damages of $50 per day for 29 days of incarcerating Abdullah in the Duval County Jail (Doc. 7). On December 7, 2004 Abdullah filed a Motion to Strike Defendants' Defenses as Insufficient and to Dismiss Defendant's Counterclaim (Docs. 8 & 9). The City and Officer Rogers filed responses in opposition (Docs. 11 & 12). On February 4, 2005, the undersigned referred the two motions to the assigned United States

Magistrate Judge, the Honorable Thomas E. Morris, who on September 6, 2005 issued a Report and Recommendation recommending that both motions be denied (Doc. 50). Abdullah filed objections to the recommendation regarding the motion to strike (Doc. 54).

Meanwhile, on September 2, 2005, the Magistrate Judge granted an earlier filed motion for leave to amend plaintiff's complaint and on September 9, 2005 Abdullah filed an amended complaint (Doc. 51), naming an additional defendant (Officer I.E. Brown) and pleading a new theory of the case (conspiracy). Then, on September 15, 2005, in compliance with the deadlines established by the Case Management and Scheduling Order (Doc. 24), the City and Officer Rogers[1] filed a joint Motion for Summary Judgment (Doc. 52) seeking judgment on the newly filed Amended Complaint. Back in April 2005, Abdullah had also filed a motion seeking summary judgment (Doc. 30) on his earlier Complaint.

Given the current procedural posture of the case, it seems that two of the now pending motions- - the motion to strike (Doc. 8) (one of the two motions addressed in the Magistrate Judge's Report and Recommendation), and Abdullah's motion for summary judgment (Doc. 30)- - are moot because they are both directed toward a no-longer existing complaint and answer and the Court will therefore term both of those

---

[1] Though a summons was issued for Officer Brown (the newly named defendant) on September 9, 2005, he has not yet made an appearance and the motion for summary judgment was not brought on his behalf.

motions.[2] The counterclaim filed by the City and Officer Rogers remains unaffected by the filing of the amended complaint (though if these defendants intend to maintain this counterclaim, they are directed to re-file it as part of their response to the amended complaint which, as directed below, should be filed and served no later than October 14, 2005).  Abdullah did not raise any objections to the Magistrate Judge's recommendation that the motion to dismiss the counterclaim be denied and, upon independent review, the Court agrees with that result.  In light of all these changes, the current deadlines are in need of modification and the Court has therefore made further adjustments to the case schedule as reflected below.

Accordingly, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 50) is **ADOPTED** to the extent that the Magistrate Judge recommends denial of Plaintiff's Motion to Dismiss the Counterclaim (Doc. 9).

2. Plaintiff's Motion to Dismiss the Counterclaim (Doc. 9) is **DENIED**.

---

[2] Abdullah will be free to renew those motions if appropriate at a later date.  The mooting of the motion for summary judgment also renders moot the City and Officer Rogers' motion for extension of time to file an amended declaration in support of their response to that motion (Doc. 39).  The Court assumes that notwithstanding the filing of the amended complaint, defendants still seek the discovery subject to the now pending motions to compel (Docs. 42, 43, 46).  To the extent that is not the case, defendants shall forthwith file a motion to withdraw the motion(s) they no longer wish to pursue.

3. Plaintiff's Motion to Strike Defenses (Doc. 8); Plaintiff's Motion for Summary Judgment (Doc. 30); and Defendants' Motion for Extension of Time to File Amended Declaration in Support of Opposition to Summary Judgment (Doc. 39) are **MOOT**. The parties are free to raise any of these motions as appropriate in accordance with the deadlines established below.

4. No later than **October 14, 2005**, defendants shall file and serve their answer to plaintiff's Amended Complaint, including all defenses and counterclaims they wish to raise.

5. If defendants file a counterclaim, plaintiff shall have until **November 4, 2005** to respond to it.

6. Because the discovery motions had not been ruled on by the time defendants filed their motion for summary judgment, and because the operative pleadings were not yet in place, the Court will **term** defendants' motion for summary judgment (Doc. 52). Defendants are free to re-file this motion in its entirety no later than the **new dispositive motion deadline**, which now applies to **all parties**, of **November 30, 2005**.[3] **Responses** to all dispositive motions shall be filed and served no later than **December 22, 2005**.

---

[3]No party has indicated that the filing of the Amended Complaint requires any additional discovery and the Court therefore assumes all discovery is over, except to the extent ordered by the Magistrate Judge in ruling on the now pending motions to compel.

7.      The parties shall file their **pretrial statement** no later than **February 15, 2006**. The **Final Pretrial Conference** (previously scheduled for December 15, 2005) is now **RE-SET** for **February 22, 2006 at 4:30 p.m.** and this case is now **set** for the **March 6-24, 2006 trial term**.  All other terms of the Case Management and Scheduling Order (Doc. 24) remain in effect.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of September, 2005.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

counsel of record
pro se plaintiff