**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

HAKIM ABDULLAH,

    Plaintiff,

v.                                     Case No. 3:04-cv-667-J-32TEM

CITY OF JACKSONVILLE, et al.,

    Defendants.

**ORDER**[1]

This case is before the Court on plaintiff Hakim Abdullah's Motion for Leave to Appeal *In Forma Pauperis*/ Affidavit of Indigency (Doc. 98). The Court finds that plaintiff meets the financial requirement to proceed *in forma pauperis*. Plaintiff, however, must meet the additional criteria that his appeal is not "frivolous or malicious" under 28 U.S.C. § 1915(e)(2)(B)(i) and Sun v. Forrester, 939 F.2d 924 (11th Cir. 1991). A frivolous appeal is one without arguable merit. Forrester, 939 F.2d at 925. "Arguable means capable of being convincingly argued." Id. "In deciding whether an IFP appeal is frivolous, a district court determines whether there is a factual and legal basis, of constitutional dimension, for the asserted wrong, however inartfully pleaded." Id. (quoting Watson v. Ault, 525 F.2d 886, 892 (5th Cir.

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

1976)). While the Court believes that plaintiff proceeds in good faith, a review of plaintiff's claims and the applicable law illustrates that plaintiff's claims do not have arguable merit and cannot be convincingly argued; thus, they are "frivolous." Accordingly, it is hereby **ORDERED**:

Plaintiff Hakim Abdullah's Motion to Proceed *In Forma Pauperis* on Appeal is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of October, 2006.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

t
Copies: counsel of record and pro se party